The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: Nabil Rizk, Debtor

Bankruptcy Case No. 10-14263

***PROPOSED* Order on Debtor's Motion to Amend Petition.**

THIS MATTER having come before the Court on Debtor's *Ex Parte* Motion to Amend Petition and the Court having reviewed the Motion, the Court HEREBY ORDERS:

1. The Debtor's Motion is granted.

2. The Debtor is granted leave to amend the petition to remove the debtor's spouse, Asmaa Noureddine, as a party and co-debtor.

DATED this ___ day of April, 2010.

\_\_\_ *Karen A. Overstreet* \_\_\_
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

The

Motion to Amend Petition- 1

COULTER MARTIN SMITH PLLC
1741 FIRST AVENUE SOUTH | SUITE 200
SEATTLE WA 98134
206.957.8181(T) | 206.260.2893 (F)

1 | Presented by:
2 | Coulter Martin Smith PLLC
By: ___/s/ Jefferson Coutler_____
3 | Jefferson Coulter, WSBA # 28947
Julie Martin, WSBA # 38006
4 | Attorneys for Debtor

26 | Motion to Amend Petition- 2

COULTER MARTIN SMITH PLLC
1741 FIRST AVENUE SOUTH | SUITE 200
SEATTLE WA 98134
206.957.8181(T) | 206.260.2893 (F)